**MALICO INC., Plaintiff–Appellant,**

v.

**COOLER MASTER USA INC.,
Defendant–Appellee.**

**No. 2010–1459.**

United States Court of Appeals,
Federal Circuit.

May 16, 2011.

Philip P. Mann, Mann Law Group, of Seattle, WA, for plaintiff-appellant. Of counsel on the brief was John E. Whitaker, Whitaker Law Group, of Seattle, WA.

Paul T. Meiklejohn, Dorsey & Whitney, LLP, of Seattle, WA, argued for defendant-appellee.

Before NEWMAN, GAJARSA, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**